(Pleito No. 39.—Fallado el 10 de Abril de 1900.)

## ZAMORANO contra CROSAS.

RECURSO contra sentencia dictada por el Tribunal de Distrito de San Juan.

Se falló : Que no habrá lugar á un recurso por error en la apreciación de la prueba cuando sólo se impugna en él un precepto de derecho.

(Véase *López* contra *Banco*.)